# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: DOUGLAS L. MICKO |
| | U.S. Magistrate Judge |
| v. | Case No: 25-cr-449 JNE/DJF |
| | Date: November 21, 2025 |
| Alexander Steven Back, | Courthouse: St. Paul |
| | Courtroom: 6B |
| Defendant, | Time Commenced: 1:52 p.m. |
| | Time Concluded: 2:02 p.m. |
| | Time in Court: 10 minutes |

APPEARANCES:

Plaintiff: David Steinkamp, Assistant U.S. Attorney
Defendant: John Price
    X Retained

Date Charges Filed: 11/18/2025    Offense: attempted enticement of a child

    X Advised of Rights

on    X Indictment

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Next appearance date is TBD
    X Arraignment

X Government moves to unseal the case.    X Granted

Additional Information:
X Oral Rule 5(f) Brady notice read on the record.

                                                                     s/jam
                                                                 Signature of Courtroom Deputy