UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 25-449 (JNE/DJF)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **EXTENSION OF TIME TO** |
| v. | ) | **FILE PRETRIAL MOTIONS** |
| | ) | |
| ALEXANDER STEVEN BACK, | ) | |
| | ) | |
| Defendant. | ) | |

The defense moves to extend the date for filing pretrial motions from **December 29, 2025** to **February 27, 2026**, and for a corresponding continuance of the motions hearing date and trial date. Defense counsel has conferred with Assistant United States Attorney Melinda Williams, who indicated she did not object.

The defense has recently been provided discovery. The total discovery is significant, consisting of approximately 200 pages as well as 14 videos, and additional time is needed to review this amount of discovery. This request is also being made due to the undersigned's other case obligations and the upcoming holidays. Denying this extension request would prevent defense counsel, despite due diligence, from having sufficient time to properly evaluate the case and prepare pretrial motions, and the ends of justice favor granting the extension over the interests in a speedy trial. Counsel needs more time to review the discovery, communicate with the defendant, and draft motions to be filed. Accordingly, the defense moves for a 60-day extension of the date to file pretrial motions and a corresponding continuance of the motions hearing and trial dates.

This motion is made on all the files and records in the case, including Defendant's Motion to Exclude Time Under the Speedy Trial Act and signed Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act.

Respectfully submitted,

**RYAN GARRY, ATTORNEY, LLC**

Dated: December 12, 2025

s/ Ryan Garry
Ryan P. Garry (Attorney No. 0336129)
Attorneys for Defendant
333 South Seventh Street, Suite 2350
Minneapolis, MN 55402
Phone: (612) 436-3051
Fax: (612) 436-3052
ryan@ryangarry.com