UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 25-449 (JNE/DJF)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **DEFENDANT'S MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| ALEXANDER STEVEN BACK, | ) ) | |
| Defendant. | ) | |

Defendant Alexander Back, by and through his attorney, respectfully moves the Court to exclude the period of time through February 27, 2026 from the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A)) computations in this case. The grounds for this motion are set forth in the accompanying Motion for Extension of Time to File Pretrial Motions and signed Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act.

Respectfully submitted,

**RYAN GARRY, ATTORNEY, LLC**

Dated: December 12, 2025

s/ Ryan Garry
Ryan P. Garry (Attorney No. 0336129)
Attorneys for Defendant
333 South Seventh Street, Suite 2350
Minneapolis, MN 55402
Phone: (612) 436-3051
Fax: (612) 436-3052
ryan@ryangarry.com