UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 25-449 (JNE/DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| ALEXANDER STEVEN BACK, | ) |
| Defendant. | ) |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, the defendant in this case, agree to the following statement of facts in support of the defense Motion to Exclude Time Under the Speedy Trial Act:

My attorney has recently received discovery. The total discovery consists of approximately 200 pages as well as 14 videos. My lawyer needs more time to review the discovery, communicate with me, and draft motions to be filed. Accordingly, I wish for there to be a 60-day extension of the date to file motions and a corresponding extension of the motions hearing and trial dates.

The defense requests the date to file motions be extended to February 27, 2026. Based on the above facts, I request that the period from now until that date be excluded from the time in which I would otherwise have to be brought to a trial on this case. I have discussed this matter with my lawyer and voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

I have read this document, understand what it says, and agree to its contents.

1

Dated: 12/12/25                                         [signature]
                                                        Alexander Back
                                                        Defendant

Dated: __December 12, 2025__                            s/ Ryan Garry
                                                        Ryan Garry
                                                        Attorney for Defendant