RYAN | GARRY LLC
ATTORNEYS & COUNSELORS AT LAW

Ashley Heabey
*Attorney at Law*

Ryan Garry
*Criminal Law Specialist*
*Certified by the Minnesota State Bar Association*

Shelly Larson
*Legal Assistant*

October 29, 2026

**VIA E-FILING ONLY**

The Honorable Dulce Foster
Judge of U.S. District Court
300 S. Fourth Street
Minneapolis, MN 55415

RE: United States vs. Alexander Back
Court File No. 25-cr-449 (JNE/DJF)

Dear Your Honor:

Mr. Back withdraws his motions filed on February 27, 2026, as the parties have reached a resolution. Please cancel the motion hearing scheduled for November 18, 2026 at 9:30 a.m.

Thank you.

Sincerely,

**RYAN GARRY, ATTORNEY, LLC**

*s/Ryan Garry*

Ryan Garry

RPG/sll
cc: Leeanne Bell, Assistant U.S. Attorney

333 South 7th Street, Suite 2350 • Minneapolis, MN 55402
**Office:** 612-436-3051 • **Fax:** 612-436-3052 • **Web:** ryangarry.com
ryan@ryangarry.com • ashley@ryangarry.com • shelly@ryangarry.com