UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-449 (JNE/DJF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| Plaintiff, | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| v. | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 846 |
| ALEXANDER STEVEN BACK, | ) | 21 U.S.C. § 853 |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
(Misprision of a Felony)

On or about November 13, 2025, in the State and District of Minnesota, the defendant,

**ALEXANDER STEVEN BACK,**

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, attempted enticement under 18 U.S.C. § 2422(b), did conceal the same by falsely telling law enforcement officers he did not attempt to solicit sex, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of 18 U.S.C. Sec. 4.

Dated: November 10, 2026

DANIEL N. ROSEN
United States Attorney

/s/ *LeeAnn Bell*

BY: LEEANN K. BELL
Assistant United States Attorney
District of Minnesota
Attorney ID No. 0318334